No. 665, Misc. HAIDER v. MINNESOTA. District Court of Minnesota, Fourth Judicial District. Certiorari denied.

No. 670, Misc. KOCH v. BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Leonard B. Boudin* and *Norman Dorsen* for petitioner. *James J. Costello* and *Albert E. Jenner, Jr.* for respondent.

No. 703, Misc. ROGERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 46. MEEKER ET UX. v. AMBASSADOR OIL CORP., *ante,* p. 160;

No. 356. FERNANDEZ v. UNITED STATES, *ante,* p. 940;

No. 453. TYLER v. WEST VIRGINIA, *ante,* p. 930;

No. 456. ETCHEVERRY v. UNITED STATES, *ante,* p. 930;

No. 460. O'BRIEN v. COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 931;

No. 286, Misc. HAGANS v. TEXAS, *ante,* p. 957;

No. 375, Misc. PALOMINO v. UNITED STATES, *ante,* p. 932;

No. 406, Misc. MILLER v. UNITED STATES, *ante,* p. 935;

No. 651, Misc. BELTOWSKI v. TAHASH, WARDEN, *ante,* p. 947; and

No. 710, Misc. THOMAS v. HOLMAN, WARDEN, *ante,* p. 946. Petitions for rehearing denied.